UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW PERRONG,

                                    Plaintiff,

                    -against-

NATURAL SYNTHETICS INC., *doing business as ITSME*; AAKASH ASTRY,

                                    Defendants.

20-CV-4056 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

On June 10, 2020, the Court received a letter from Plaintiff advising that he wishes to withdraw his complaint. The Court grants Plaintiff's request to withdraw this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The complaint is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 15, 2020
         New York, New York

_____
           COLLEEN McMAHON
     Chief United States District Judge